UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:24-CR-041-RFB-NJK |
|---|---|
| Plaintiff, | **Amended Preliminary Order of Forfeiture** |
| v. | |
| MARK WAYNE LEWIS, | |
| Defendant. | |

This Court finds Mark Wayne Lewis pled guilty to Count One of a One Count Criminal Indictment charging him with prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 25; Plea Agreement, ECF No. 27.

This Court finds Mark Wayne Lewis agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 25; Plea Agreement, ECF No. 27.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which Mark Wayne Lewis pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1) and is subject to forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1. a Haskell Manufacturing / Hi-Point model JHP-45 .45 ACP semi-automatic pistol bearing serial number 5000799; and

1  petitioner's acquisition of the right, title or interest in the property, any additional facts
2  supporting the petitioner's claim, and the relief sought.
3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
4  must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,
5  Nevada 89101, within thirty (30) days of the final publication of notice on the official
6  internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice,
7  whichever is earlier.
8      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the
9  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States
10 Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Misty L. Dante
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

15      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice
16 described herein need not be published in the event a Declaration of Forfeiture is issued by
17 the appropriate agency following publication of notice of seizure and intent to
18 administratively forfeit the above-described property.
19      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
20 copies of this Order to all counsel of record.
21      DATED ____9/30____, 2024.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE