1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,          2:24-CR-041-RFB-NJK

9          Plaintiff,                 **Final Order of Forfeiture**

10         v.

11  MARK WAYNE LEWIS,

12         Defendant.

13      The United States District Court for the District of Nevada entered a Preliminary

14  Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1)

15  with 28 U.S.C. § 2461(c) based upon the plea of guilty by Mark Wayne Lewis to the

16  criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture

17  Allegation of the Criminal Indictment and shown by the United States to have the requisite

18  nexus to the offense to which Mark Wayne Lewis pled guilty. Criminal Indictment, ECF

19  No. 1; Change of Plea, ECF No. 25; Plea Agreement, ECF No. 27; Amended Preliminary

20  Order of Forfeiture, ECF No. 43.

21      This Court finds that on the government's motion, the Court may at any time enter

22  an order of forfeiture or amend an existing order of forfeiture to include subsequently

23  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

24      This Court finds the United States published the notice of forfeiture in accordance

25  with the law via the official government internet forfeiture site, www.forfeiture.gov,

26  consecutively from August 10, 2024, through September 8, 2024, notifying all potential third

27  parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits,

28  ECF No. 33-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1.    a Haskell Manufacturing / Hi-Point model JHP-45 .45 ACP semi-automatic pistol bearing serial number 5000799; and

2.    any and all compatible magazines and ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Mark Wayne Lewis and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED October 24, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2